IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Case No. 09-cr-00125-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANDRES ZECCHEUS VIALPANDO,

    Defendant.

---

**ORDER EXONERATING BOND**

---

On August 20, 2012 the Court entered an order [Docket No. 38] dismissing the petition for violations of supervised release dated March 20, 2012. As a result, all the conditions of an appearance bond imposed by the Court to secure the defendant's release have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED April 1, 2013.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge